Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Anglo-South American Bank, Limited, Respondent, v. National City Bank of New York and Others, Impleaded with Douglas G. G. Levick, Appellant.— Order affirmed, with ten· dollars costs and disbursements. No opinion.

Olga Nethersole, Respondent, v. Theodore A. Liebler and George C. Tyler, Partners Doing Business under the Firm Name of Liebler & Co., Appellants, Impleaded with Sam S. and. Lee Shubert, Inc.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Julius Henry Cohen and Others, Copartners Engaged in Business under the Firm Name and Style of Cohen, Creevey &˙ Richter, Appellants, v. Henry Willard Bean, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Mary A. Fitzpatrick, Appellant, v. Anna H. Sims and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Edgar A. Reincke, Respondent, v. The Texas Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Sallie V. Weiant, Respondent, v. James E. Haines, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Gussie Cohen, by Beckie Cohen, Her Guardian ad Litem, Appellant, v. Beakes Dairy Company, Respondent.— Judgment and order affirmed, with costs. No opinion.

George Wilkie, Appellant, v. Erie Railroad Company, Respondent, Impleaded with William T. Spencer, Doing Business under the Firm Name and Style of William Spencer & Son, Defendant.— Order affirmed, with costs. No opinion.

Patrick Alexander Fogarty, Appellant, v. William P. Fogarty, Respondent.— Judgment affirmed, with costs. No opinion.

The People of the State of New York, Respondent, v. Thomas Brown and Others, Appellants.— Judgment affirmed. No opinion.

James Collivet, Respondent, v. Jennie Greenhaut, Doing Business under the Registered Trade Name of the American Bouquet House and Window Cleaning Company, Impleaded with Maison Violette, Inc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of Proving the Last Will and Testament of Daniel Cunningham, Deceased, as a Will of Real and Personal Property. Catharine Cunningham and Others, Appellants; Louis J. Sloane and Daniel F. Mahony, as Executors, etc., of Daniel Cunningham, Deceased, and the Attorney-General of the State of New York, Respondents.— Decree affirmed, with costs. No opinion.

Kathryn O. Gutierrez, as Administratrix, etc.; of William S. Gutierrez Deceased, Respondent, v. William Lanman Bull, Jr., Appellant.— Judgment and order affirmed, with costs. No opinion.

Thorbjorg With, Respondent, v. D. Randolph Cook, Appellant.— Judgment and order .reversed, new trial ordered, costs to appellant to abide